IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT SPECTRUM, L.P., a Delaware Limited Partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware Limited Partnership,<br><br>  Plaintiffs,<br><br>   v.<br><br>COUNTY OF SAN MATEO COUNTY, et al.,<br><br>  Defendants.<br>_____/ | No. C 08-00342 CW<br><br>ORDER REGARDING STIPULATION, Docket No. 83, and SETTING DEADLINES |
| SPRINT SPECTRUM, L.P., a Delaware Limited Partnership; SPRINT SPECTRUM REALTY COMPANY, L.P., a Delaware Limited Partnership,<br><br>  Plaintiffs,<br><br>   v.<br><br>COUNTY OF SAN MATEO COUNTY, et al.,<br><br>  Defendants.<br>_____/ | No. C 11-00056 CW |

On July 20, 2011, the parties in the present action submitted a stipulation to continue dates set at a case management conference. Docket No. 83. There are no pending dates in this case to continue. The dates counsel seek to reset were set in Sprint Spectrum, L.P. v. County of San Mateo, et al., C 11-00056 CW, which is related to this action, C 08-00342 CW, but not consolidated with it. The present action, C 08-00342 CW, was

consolidated with Sprint Spectrum, L.P. v. County of San Mateo, C 09-05022 CW, but that case was administratively closed on October 28, 2009.

The same deadlines shall apply to this action and Sprint Spectrum, L.P. v. County of San Mateo, et al., C 11-00056 CW. Accordingly, for both cases, as the parties have requested in their stipulation, discovery cutoff is set for October 24, 2011. Plaintiff's opening brief for any case-dispositive motion is due by December 5, 2011. Defendants' opposition and any cross-motion, contained within a single brief, are due December 19, 2011. Plaintiff's reply and opposition to any cross-motion, contained in a single brief, are due January 6, 2012. Defendants' reply is due January 16, 2012. A further case management conference will be held on Thursday, January 31, 2012 at 2:00 pm, whether or not dispositive motions are filed.

IT IS SO ORDERED.

Dated August 3, 2011

CLAUDIA WILKEN
United States District Judge